**Edward ISLEY, Petitioner—Appellant,**

v.

**Dan L. DOVE, Warden of Federal Correctional Institution at Edgefield; United States of America, Respondents—Appellees.**

No. 04–7766.

United States Court of Appeals, Fourth Circuit.

Submitted: March 30, 2005.

Decided: April 22, 2005.

Edward Isley, Appellant pro se.

Barbara Murcier Bowens, Office of the United States Attorney, Columbia, South Carolina, for Appellees.

Before WILKINSON, LUTTIG, and GREGORY, Circuit Judges.

PER CURIAM:

Edward Isley, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2241 (2000). Isley also appeals the court's order denying his motion filed under Fed.R.Civ.P. 59(e). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Isley v. Dove,* No. CA–01–4649–8 (D.S.C. Dec. 2, 2003; Sept. 28, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*